UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   3:22-cr-00223 |
| v.                                        ) | |
| ) | |
| ) | |
| DAVID HASTINGS                ) | |
| ) | |

MOTION FOR DETENTION HEARING AND DETENTION

The United States of America, by and through Mark H. Wildasin, United States Attorney, and Steven T. Brantley, Special Assistant United States Attorney, requests a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(E), which mandates a hearing upon motion of the United States in a felony case that involves possession or use of a firearm.

In this case, the defendant's charges include a violation of Title 18 U.S.C. § 924(c), possession of a firearm during a drug trafficking crime. Therefore, the United States is entitled to a detention hearing in this case.

The United States further moves that this Court detain the defendant pending trial. In addition to the above charge, the defendant is charged with possession of a controlled substance with intent to distribute under 21 U.S.C. § 841(a)(1). Under 18 U.S.C. § 3142(e)(3)(A) and (B), a rebuttable presumption exists that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community when the defendant is charged with an offense for which the Controlled Substances Act prescribes a maximum term of imprisonment of ten years or more, or when the defendant is charged with possession of a firearm during a drug trafficking crime.

Given the nature of the defendant's instant conduct and his criminal history, the United States respectfully submits that the defendant cannot rebut this presumption, and further that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of other members of the community.

The United States further moves for a continuance of three days in order to prepare for the detention hearing.

                                  Respectfully submitted,

                                  MARK H. WILDASIN
                                  United States Attorney for the
                                  Middle District of Tennessee

                                  <u>/s/ Steven T. Brantley</u>
                                  Steven T. Brantley
                                  Assistant United States Attorney
                                  110 Ninth Avenue South, Suite A-961
                                  Nashville, Tennessee 37203-3870
                                  Telephone: 615-401-6650

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on defense counsel at or before the time of the initial appearance in this case.

On this, the 15th day of September 2022.

/s/ Steven T. Brantley
Steven T. Brantley

3

Case 3:22-cr-00223   Document 8   Filed 09/15/22   Page 3 of 3 PageID #: 19